# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
Long Wave, Inc. ) ASBCA No. 61483
)
Under Contract No. N00604-13-C-3002 )

APPEARANCES FOR THE APPELLANT: Stephen D. Knight, Esq.
Sean K. Griffin, Esq.
  Smith Pachter McWhorter PLC
  Tysons Corner, VA

APPEARANCES FOR THE GOVERNMENT: Craig D. Jensen, Esq.
  Navy Chief Trial Attorney
Richard W. Carlile, Esq.
Melissa Martin, Esq.
  Trial Attorneys
  NAVSUP Fleet Logistics Center
  Pearl Harbor, HI

## ORDER OF DISMISSAL

This dispute has been settled. The appeal is dismissed with prejudice.

Dated: July 15, 2019

MICHAEL N. O'CONNELL
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 61483, Appeal of Long Wave, Inc., rendered in conformance with the Board's Charter.

Dated:

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals